USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANELYS HERNANDEZ, *on behalf of herself and all others similarly situated*,

                              Plaintiff,

                      v.

STALLEX SKIN CARE, INC.,

                              Defendant.

No.  23-cv-3085 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On June 20, 2023, the parties in this ADA action requested an initial status conference.  In an Order dated June 21, 2023, the Court scheduled the conference for July 12, 2023 at 4:30 p.m., and ordered the parties to submit, no later than July 5, 2023, a joint letter and proposed case management plan.  These materials have not been filed to date.  The initial status conference scheduled for July 12 is thus adjourned.  No later than July 18, 2023, the parties shall file a joint letter indicating when they would like to reschedule the initial status conference.  Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    July 11, 2023
          New York, New York

                              Ronnie Abrams
                              United States District Judge