USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANELYS HERNANDEZ, *on behalf of herself and all others similarly situated*,

                Plaintiff,

v.

STALLEX SKIN CARE, INC.,

                Defendant.

No. 23-cv-3085 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On June 20, 2023, the parties in this ADA action requested an initial status conference. In an Order dated June 21, 2023, the Court scheduled the conference for July 12, and ordered the parties to submit, no later than July 5, a joint letter and proposed case management plan. On July 11, the Court adjourned the initial status conference because the parties had not submitted the required materials, and ordered the parties to file a joint letter, no later than July 18, indicating when they would like to reschedule the initial status conference. No letter has been filed to date.

The parties shall have one more opportunity to file a joint letter by August 2, 2023, indicating when they would like to reschedule the initial status conference, or otherwise updating the Court as to the status of this action. Failure to do so will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    July 25, 2023
           New York, New York

                                              Ronnie Abrams
                                              United States District Judge